UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-60462-JB

FRANCIS MARTIN BESTARD MATOS,

      Petitioner,

vs.

BROWARD TRANSITIONAL CENTER,

      Respondent.

_____/

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS

**THIS CAUSE** came before the Court upon Petitioner's verified Motion to Proceed *In Forma Pauperis*.   ECF No. [3].   Courts may authorize a party to proceed *in forma pauperis* in any suit, or appeal thereof, so long as the party complies with the prescriptions of 28 U.S.C. § 1915(a)(1).   The Court has carefully reviewed the Motion and finds that Petitioner has complied with the statutory requirements given his lack of sufficient assets or income.

Accordingly, upon due consideration of the Motion and the relevant legal authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion to Proceed *in Forma Pauperis*, ECF No. [3], is **GRANTED**.

**DONE AND ORDERED** in Miami, Florida this 24th day of February, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE